UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **ORDER**
                                                  **FOR ACCEPTANCE OF CASH BAIL**

       -against-

    Raul Urena                       Docket No. 05 CR 885 (FB)
-------------------------------------------------X

    Bail having been fixed by Magistrate Judge Gold in the above entitled action in the amount of $ 200,000 of which sum $ 25,000 in cash is to be deposited with the Clerk of the Court.

    It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 25,000 when tendered on behalf of the above defendant.

    **SO ORDERED.**

Dated: Brooklyn, New York
       4/28/06

                                            s/Steven M. Gold
                                            **UNITED STATES MAGISTRATE JUDGE**

Receipt No. 324460
Money Deposited By: Claudio Urena
Address & Telephone 3 Blau Pl.
                          Flanders, 07856
                          646-235-2011